RECEIVED

JAN 1 1 2017

U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Leonardo A. Becton
**NAME OF THE PLAINTIFF**                          )
)
)
)
- vs -                                             )
)
St. Louis Public                                   )   Case No.
Schools                                            )
)
_____                    )   JURY TRIAL DEMANDED
)
_____                    )   YES___   NO___
**NAME OF THE DEFENDANT OR**                        )
**DEFENDANTS** (Enter above the full name(s) of     )
ALL defendant(s) in this lawsuit. Please           )
attach additional sheets if necessary.             )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This employment discrimination lawsuit is based on (check only those that apply):

___√  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for
employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain
a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for
employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file charges with the Equal Employment Opportunity
Commission.*

_____  American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for
employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities
Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity
Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_____ Other (Describe)

_____

_____

_____

## PARTIES

2.  Plaintiff's name: Leonardo A. Becton

    Plaintiff's address: 5864 Romaine Pl
    _____
    Street address or P.O. Box

    St. Louis MO   63112
    _____
    City/ County/ State/Zip Code

    314-723-5508
    _____
    Area code and telephone number

3.  Defendant's name: St. Louis Public Schools

    Defendant's address: 801 N 11th St
    _____
    Street address or P.O. Box

    St. Louis, MO.  63101
    _____
    City/County/State/ Zip Code

    314-231-3720
    _____
    Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.     If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)              (City/County)              (State)   (Zip Code)

5.     When did the discrimination occur?  Please give the date or time period:

8·11·15 - 11·14·15
_____

## ADMINISTRATIVE PROCEDURES

6.     Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

___✓___ Yes     Date filed: 12·14·16 _____

_____ No

7.     Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

___✓___ Yes     Date filed: 8-8-16 _____

_____ No

8.     Have you received a Notice of Right-to-Sue Letter?

___✓___ Yes                    _____ No

If yes, please attach a copy of the letter to this complaint.

9.     If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

__✓__ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

_____ retaliation

_____ harassment

_____ other conduct (specify): _____

_____

_____

_____

Did you complain about this same conduct in your charge of discrimination?

__✓__ Yes                          _____ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

✓    race

____    religion

____    national origin

____    color

____    gender

____    disability

____    age (my birth date is: _____)

____    other: _____

Did you state the same reason(s) in your charge of discrimination?

✓ Yes                    ____ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

I am an African American individual who was employed by the above referenced emaloyer from 8.26.15, until 11.11.15. My job title was Continuing Substitute (Band Director).

(Over on p. 6)

5

I was orginally goimg to start on 8·11·15, but because of actions taken by Dr. Chan Tam Trinh, my start date was delayed until 8-26·15. Thereafter, Dr. Trinh continued to subject me to further adverse actions such as placing me on the P.I.P. list and purposely making unannounced visits to my worst class. On or around 11-14·15, I was terminated. I am aware of a Caucasian teacher who, among other things, allowed a male student to inappropriately touch a female student, but he was not placed on the P.I.P. list or terminated.

(Attach additional sheets as necessary).

6

13.   The acts set forth in paragraph 12 of this complaint:

_____ are still being committed by the defendant.

___✓___ are no longer being committed by the defendant.

_____ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments; cite no cases or statutes.

_____

_____

_____

_____

Signed this __11th__ day of __January_____, 20__17__.

_____
Signature of Plaintiff

7.